UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RODERICK CROSSLEY** | **CIVIL ACTION NO. 15-2093** |
| LA. DOC #326560 | SECTION P |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN BURL CAIN** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** because Petitioner failed to exhaust available state court remedies, and his claims are now procedurally defaulted.

**MONROE, LOUISIANA, this 2nd day of February, 2016.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE